# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN DOE, and JANE DOE,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:04CV295 |
| | ) | |
| v. | ) | |
| | ) | |
| **OMAHA PUBLIC SCHOOL DISTRICT,** | ) | ORDER |
| and **CONNIE EICHHORN,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's motion for a stay of proceedings (Filing No. 53) and following a telephone conference with counsel for the parties on March 3, 2006.

**IT IS ORDERED:**

1. The plaintiff's motion for a stay of proceedings (Filing No. 53) is granted to the extent that the planning conference will be rescheduled.

2. The **telephone** planning conference with the undersigned magistrate judge is continued to **June 9, 2006** at **10:00 a.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 3rd day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge