IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE, as Father and Next Friend, and JANE DOE, a Minor Child,<br><br>Plaintiffs,<br><br>v.<br><br>OMAHA PUBLIC SCHOOL DISTRICT, a Political Subdivision, and CONNIE EICHHORN, in her official and individual capacities,<br><br>Defendants. | 8:04CV295<br><br>ORDER OF DISMISSAL |

The matter before the court is the plaintiff's notice of voluntary dismissal. Filing No. 78, and the defendants' response to the motion, Filing No. 79. The court finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 1st day of May, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge